# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Barrett, Susan D. | U.S. Bankruptcy Court, GA-S | 06/11/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief United States Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

P. O. Box 31267
Augusta, Georgia 30903

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Hill Properties, LLC |
| 2. | Partner | ▓▓▓ Partnership |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 06/11/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Coastal Bankruptcy Law Institute, Inc. | April 21-22, 2011 | Savannah, Georgia | Seminar | Registration, Meals, Educational Materials and Lodging |
| 2. | State Bar of Georgia, Bankruptcy Law Section | November 10-11, 2011 | Greensboro, Georgia | Seminar | Registration, Meals, Educational Materials and Lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 06/11/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Bank f/k/a Wachovia Bank, National Association | Deed to Secure Debt on Rental Property (Richmond County, GA) | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 06/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Suntrust Bank Checking | A | Interest | J | T | | | | | |
| 2. Suntrust Money Market | A | Interest | K | T | | | | | |
| 3. Suntrust Money Market | A | Interest | | | Closed | 01/11/11 | J | | |
| 4. Suntrust IRA | A | Interest | | | Closed | 08/05/11 | K | | See Part VIII |
| 5. | | | | | | | | | |
| 6. BROKERAGE ACCT.#1 SCHWAB | | | | | | | | | |
| 7. -SCHWAB US TREAS MONEY FD SWEEP (SWUXX) | A | Dividend | L | T | | | | | |
| 8. | | | | | | | | | |
| 9. -SCHWAB INTL INDEX FUND SELECT SHARES (SWISX) | B | Dividend | | | Sold | 12/21/11 | J | | See part VIII |
| 10. -SCHWAB TOTAL STK MKT (SWTSX) | D | Dividend | N | T | | | | | |
| 11. GA ST. RDS. TWY 5% 11 | B | Interest | | | Redeemed | 06/01/11 | L | | See Part VIII |
| 12. UNION COUNTY GA SCH 5% 12 | B | Interest | L | T | | | | | |
| 13. POLK GA SCH DIST 0% 12 | B | Interest | K | T | | | | | |
| 14. WALKER COUNTY GA SCH. 4% 11 | A | Interest | | | Redeemed | 10/01/11 | K | | See Part VIII |
| 15. FLOYD COUNTY GA SCH 3% 13 | B | Interest | L | T | | | | | |
| 16. GA STATE 2% 12 | A | Interest | K | T | | | | | |
| 17. DOUGLASVILLE, GA 2.5% 13 | B | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. GA STATE 3% 14 | B | Interest | L | T | | | | | |
| 19. PHOENIX ARIZ CIV 4.75% 25 | B | Interest | L | T | | | | | |
| 20. ISHARES 2017 ETF (MUAF) | B | Dividend | L | T | | | | | |
| 21. ISHARES DJ SELECT DIV FD (DVY) | A | Dividend | K | T | Buy | 10/03/11 | K | | |
| 22. ISHARES S&P US PFD FUND (PFF) | A | Dividend | K | T | Buy | 07/20/11 | K | | |
| 23. ISHARES TR DOW JONSES (IDV) | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 24. SCH US DIV EQUITY ETF (SCHD) | | None | K | T | Buy | 12/21/11 | K | | |
| 25. | | | | | | | | | |
| 26. GABELLI FUNDS IRA (GABAX) | A | Dividend | J | T | | | | | |
| 27. | | | | | | | | | |
| 28. BROKERAGE ACCT. #2 (SCHWAB ROLLOVER IRA) | | | | | | | | | |
| 29. -SCHWAB US TREAS MONEY FD MONEY MARKET (SWUXX) | A | Dividend | J | T | | | | | |
| 30. -SCHWAB INTL INDEX FUND SHARES (SWISX) | A | Dividend | K | T | | | | | |
| 31. | | | | | Buy (add'l) | 08/22/11 | J | | |
| 32. | | | | | Buy (add'l) | 06/30/11 | J | | |
| 33. -SCHWAB TOTAL STK MKT (SWTSX) | B | Dividend | L | T | | | | | |
| 34. | | | | | Buy (add'l) | 09/30/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | G =$100,001 - $1,000,000 O =$500,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | H2 =More than $5,000,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 06/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 06/30/11 | J | | |
| 36. | | | | | Buy (add'l) | 02/16/11 | J | | |
| 37. | | | | | Buy (add'l) | 01/11/11 | J | | |
| 38. | | | | | | | | | |
| 39. UST INFL. IDX 1.875% 07/13 | A | Interest | K | T | | | | | |
| 40. AMER. EXP. CENT. BK 1.8% 11 | A | Interest | | | Redeemed | 09/23/11 | K | | See Part VIII |
| 41. T ROWE PRICE SHORT TERM BOND FUND (PRWBX) | A | Dividend | K | T | | | | | |
| 42. VANGUARD SHORT TERM (VBSSX) | A | Dividend | K | T | Buy | 07/14/11 | K | | See Part VIII |
| 43. VANGUARD SHORT TERM BOND (VBISX) | A | Dividend | | | Sold | 07/14/11 | K | | See Part VIII |
| 44. VERMILLION BANK1.5% 16 | A | Interest | K | T | Buy | 02/16/11 | K | | |
| 45. SCH US DIV. EQUITY ETF (SCHD) | A | Dividend | K | T | | | | | |
| 46. | | | | | Buy (add'l) | 12/21/11 | K | | |
| 47. | | | | | | | | | |
| 48. SOUTHSIDE BK 1.5% 15 | A | Interest | | | Redeemed | 08/06/11 | K | | See Part VIII |
| 49. ISHARES S&P US PFD FUND (PFF) | B | Dividend | K | T | | | | | |
| 50. ISHARES DJ SELECT DIV FUND (DVY) | A | Dividend | J | T | Buy | 09/20/11 | J | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 06/11/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | | |
| 53. | PROCTOR & GAMBLE | A | Dividend | J | T | | | | | |
| 54. | | | | | | | | | | |
| 55. | | | | | | | | | | |
| 56. | MEMBERSHIP INTEREST IN HILL PROPERTIES, LLC (OWNER OF RENTAL | D | Rent | M | S | | | | | See Part VIII |
| 57. | PROP. AUGUSTA, GA) | | | | | | | | | |
| 58. | | | | | | | | | | |
| 59. | ▮▮▮▮ INS. PSHIP (OWNS LIFE INS. POL-CASH VALUE & | | None | M | T | | | | | |
| 60. | SMALL BANK ACCT. AT SUNTRUST) | | | | | | | | | |
| 61. | | | | | | | | | | |
| 62. | HODGES - PERSONAL LOAN | | None | J | T | Open | 12/31/11 | J | | See Part VIII |
| 63. | | | | | | | | | | |
| 64. | | | | | | | | | | |
| 65. | CO-OWNER OF A PERSONAL CHECKING ACCOUNT OF | A | Interest | J | T | | | | | |
| 66. | ▮▮▮▮▮▮ AT SUNTRUST BANK | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 06/11/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII (Line 4) - This IRA account was rolled over to the Schwab Rollover IRA (Section VII Line 28). There is no gain to report.

Section VII (Lines 9, 11, 14, 40, and 48). There is no gain to report.

Section VII (Lines 42-43) This is the same security that changed its symbol mid-year. There is no gain to report.

Section VII (Lines 56-57) -This valuation is derived from the "fair market value" or "current value" of $140,528.00 given by the applicable Tax Commissioner's office, which the Commissioner's office confirms is the 100% valuation of the property.

Section VII (Lines 62) - I wrote this personal loan off in my 2010 report. In 2012, the payor unexpectedly started making payments on the outstanding balance. Therefore I have re-opended this account.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Susan D. Barrett**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544